# EXHIBIT B

METRO

# Parks Department wants to kill these tree sweaters

By Melkorka Licea                                                                                         February 24, 2018 | 3:53pm



Tree sweaters along Christopher Street, between Houston and Bleecker.
J.C. Rice

The city won't stand for these tree huggers.

Parks Department bureaucrats have demanded that nearly two dozen adorable, hand-woven sweaters wrapped around trees on Christopher Street be snipped off.

The decree has angered West Villagers who say the rainbow threads have boosted business, increased foot traffic and are just plain cute.

"It's outrageous that something that brings so much happiness and positivity is being stripped away," said Bobby Najera, 24, who works at a French restaurant on Christopher and Bleecker Streets. "I don't like the city telling anyone what do with their art."

Najera said the colorful cozies are a big draw.

"They attract tons of customers and people often request to sit in the dining room by the windows just to look at them and take pictures," he said. "They're breathing life back into this area."

Others report an uptick in business along the stretch of dressed-up trees between Bleecker and Hudson Streets.

"When people look down and see how colorful and bright the block is, they naturally want to walk down," said Jason Ramirez, 21, who works at the South African specialty store, Jonty Jacobs. "I have people coming here all the time saying 'I love those, where did they come from?'"

The sweaters were fitted around the trunks of 21 street trees over Thanksgiving weekend.

Local merchant Holly Boardman, 49, is the woman behind the festive "yarn bombing," and first came up with the idea after noticing close to 10 vacant storefronts languishing along Christopher Street.

Holly Boardman standing next to the tree in front of her store.
Erik Thomas

"The street was so depressing and dreary that I wanted to do something to brighten it up," said Boardman, who owns Musee Lingerie.

Boardman asked her 77-year-old aunt, Polly Larkin, to crochet a design just for the tree in front of her boutique. But soon, Larkin was knitting 1,888 squares and $600 worth of yarn to adorn the entire stretch on Christopher Street.

The Parks Department eventually found out about the sweaters, and told Boardman last week that they needed to come down by early March.

According to a Parks arborist, prolonged dampness trapped by the sweaters could be harmful to the tree bark — exposing it to fungus and parasites, and forcing it to leak sap, a spokesman said.

Boardman seems resigned to the fate of the needlework.

"I cherish the time it was up, so all is not lost," she said.

FILED UNDER   **KNITTING**, **PARKS DEPARTMENT**, **TREES**, **WEST VILLAGE**

Recommended by