# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-102-014**

Effective Date of Registration:
April 02, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
      For Photographs Published:   January 06, 2018 to March 31, 2018

## Title

|  |  |
|---|---|
| **Title of Group:** | John Curtis Rice - 2018 Photos |
| **Number of Photographs in Group:** | 33 |
| • **Individual Photographs:** | Rice_JHS80_1.6.18, Rice_Hudsonriverfroze_1.7.18.jpg, Rice_Bronxmiddleschool_1.8.18.jog, Rice_JeremieFrancis_1.13.18.jpg, Rice_JHS80_1.13.18.jpg, Rice_SixtaLeonBarrita_1.13.18.jpg, Rice_Elvirebottex_1.20.18.png, Rice_RiverdaleGrillHouse_1.20.18.jpg, Rice_WilfredMaisonet_1.20.18.jpg, Rice_WomensMarch_1.20.18.jpg, Rice_womensmarch2_1.20.18.jpg, Rice_BenjaminShapiro_1.27.18.jpg, Rice_MaxRose_1.27.18.jpg, |
| **Published:** | January 2018 |
| • **Individual Photographs:** | Rice, Puerto Rico funding rally, 2/3/2018.jpg, Rice, Harlem Valley Psychiatric Center, 2/5/2018, 2/11/2018, Cuomo, Rice.jpg, 2.17.2018, Glen Bellitto, Rice.jpg2.17.2018, Jessica Mack, Rice.jpg2.24.2018, Lisa Singer, Rice.jpg, 2.24.2018, Regina Johnson, Rice.jpg, 2.24.2018, Tree sweaters, Rice.jpg, |
| **Published:** | February 2018 |
| • **Individual Photographs:** | 3.3.2018, posters, Rice.jpg,3.8.2018, High School , Rice.jpg, 3.18.2018, Cuomo, Rice.jpg, 3.19.2018, Cuomo, 2 Rice.jpg, 3.19.2018, Cuomo, Rice.jpg, 3.21.2018, home, Rice.jpg, 3.27.2018, Cuomo, Rice.png,3.28.18_Rice, Cuomo points, Rice, 3.31.2018 Greenleaf 2, Rice.jpg, 3.31.2018, Ericksen 2, Rice.jpg, 3.31.2018, Ericksen, Rice.jpg, 3.31.2018, Greenleaf, Rice.jpg, |
| **Published:** | March 2018 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | January 06, 2018 |
| **Latest Publication Date in Group:** | March 31, 2018 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • Author: | John Curtis Rice |
| Author Created: | photographs |
| Work made for hire: | No |
| Domiciled in: | United States |

## Copyright Claimant

Copyright Claimant:  John Curtis Rice
777 Kappock Street, Bronx, NY, 10463, United States

## Certification

Name: Richard Liebowitz
Date: April 02, 2018

---

Copyright Office notes:  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:** VA0002102014
**Service Request #:** 1-6327887119

Liebowitz Law Firm, PLLC
Richard Liebowitz
11 Sunrise Plaza - Suite305
Valley Stream, NY 11580 United States