UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CURTIS RICE,
        Plaintiff

v.

MUSEE LINGERIE, LLC,
        Defendant.

Docket No. 18-cv-9130

# AMENDED ANSWER

NOW COMES Defendant Musee Lingerie, LLC ("Musee"), by and through its attorneys, Paul Frank + Collins P.C., and answers the Plaintiff's Complaint as follows.

## NATURE OF THE ACTION

1.    Denied.

## JURISDICTION AND VENUE

2.    This paragraph sets forth legal conclusions and questions of law to which no response is required.

3.    This paragraph sets forth legal conclusions and questions of law to which no response is required.

4.    This paragraph sets forth legal conclusions and questions of law to which no response is required.

## PARTIES

5.    Denied for lack of knowledge.

6.    Admitted that Musee is a limited liability company organized and existing under the laws of the State of New York. Denied in all other respects.

7.    Admitted.

8.    Admitted.

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
P.O. BOX 1307
BURLINGTON, VERMONT 05401

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

9. Denied for lack of knowledge.

10. Denied for lack of knowledge.

11. Denied for lack of knowledge.

12. Denied for lack of knowledge.

13. Denied for lack of knowledge.

### B. Defendant's Infringing Activities

14. Denied.

15. Denied.

## CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT – 17 U.S.C. §§ 106, 501

16. Defendant repeats its responses to the preceding paragraphs as if fully set forth herein.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim upon which relief may be granted.

2. Insufficient service of process.

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
P.O. BOX 1307
BURLINGTON, VERMONT 05401

3. Plaintiff's claims for relief are barred by the "*Fair Use Doctrine*" pursuant to Section 107 of the Copyright Act, *17 U.S.C. §107*.

4. Defendant's conduct was innocent, non-infringing, and not a willful infringement of copyright.

5. Plaintiff has waived his right to claim copyright infringement.

6. Plaintiff's action is barred by the doctrine of equitable estoppel.

7. Plaintiff is barred by 17 U.S.C. § 412 from claiming statutory damages or attorney's fees under the Copyright Act in that any alleged acts of infringement occurred before first registration of Plaintiff's alleged work.

8. Plaintiff has authorized and consented to usage.

## JURY DEMAND

Defendant requests a jury on all claims.

WHEREFORE, Defendant prays the Court enter judgment in its favor and award costs, fees, and other such remedies that are available in law or equity.

DATED this 4th day of February, 2019.

> MUSEE LINGERIE, LLC
>
> BY: PAUL FRANK + COLLINS P.C.
>
> BY: */s/ David M. Pocius*
> David M. Pocius (#640595)
> PO Box 1307
> Burlington, VT 05402-1307
> 802.658.2311
> dpocius@pfclaw.com

7482826_3:13501-00001