# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

February 6, 2019

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Rice v. Musee Lingerie, LLC (1:18-cv-9130-AJN)*

Dear Judge Nathan,

We represent Plaintiff, John Curtis Rice, in the above in-captioned case. Today I served on Defendant's counsel via e-mail the Notice of the Initial Conference and Your Honor's individuals rules. It was a mere oversight that this was not served earlier.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff John Curtis Rice*

