UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Curtis Rice,

                Plaintiff,

-v-

Musee Lingerie, LLC,

                Defendant.

18-CV-9130 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference scheduled for February 15, 2019 at 3:30 p.m., *see* Dkt. No. 7, is hereby adjourned to February 15, 2019 at 11:45 a.m.

    SO ORDERED.

Dated: February 11, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge