

        ☎ 802.658.2311
        🖶 802.658.0042

DAVID M. POCIUS
Admitted in NY, VT, CT
dpocius@pfclaw.com

February 13, 2019

*VIA EFILE*

Honorable Alison J. Nathan
U.S. District Court – Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    **John Curtis Rice v. Musee Lingerie, LLC**
            **Case 1:18-cv-09130-AJN**

Dear Judge Nathan,

I am writing with regard to the upcoming initial pretrial conference scheduled for Friday, February 15, 2019, at 11:45 a.m. I have already provided the Chambers with a telephone number for me, as per Order (#14) dated February 5, 2019.

My client, however, now wishes to participate in the conference, but unfortunately is currently out of town, which means she would need to attend by telephone.

I am writing to request that upon receipt of the Court's call that I have permission to immediately call my client to connect her and then proceed to with the initial pretrial conference. I can also provide a conference line that the court, my client, and I can dial into.

Thank you for your consideration.

Cordially yours,

PAUL FRANK + COLLINS P.C.

*[signature]*

David M. Pocius

DMP:jtg

cc via NECF:  Richard Liebowitz

7532046_1:13501-00001