

**PAUL FRANK + COLLINS**

802.658.2311
802.658.0042

February 13, 2019

DAVID M. POCIUS
Admitted in NY, VT, CT
dpocius@pfclaw.com

*VIA EFILE*

Honorable Alison J. Nathan
U.S. District Court – Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

FEB 1 3 2019

Re: John Curtis Rice v. Musee Lingerie, LLC
Case 1:18-cv-09130-AJN

Dear Judge Nathan,

I am writing with regard to the upcoming initial pretrial conference scheduled for Friday, February 15, 2019, at 11:45 a.m. I have already provided the Chambers with a telephone number for me, as per Order (#14) dated February 5, 2019.

My client, however, now wishes to participate in the conference, but unfortunately is currently out of town, which means she would need to attend by telephone.

So Ordered [ I am writing to request that upon receipt of the Court's call that I have permission to immediately call my client to connect her and then proceed to with the initial pretrial conference. I can also provide a conference line that the court, my client, and I can dial into.

Thank you for your consideration.

Cordially yours,

PAUL FRANK + COLLINS P.C.

David M. Pocius

DMP:jtg

cc via NECF: Richard Liebowitz

2/13/19

SO ORDERED:

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

7532046_1:13501-00001

ONE CHURCH STREET  P.O. BOX 1307  BURLINGTON, VT 05402-1307
KENDALL SQUARE  245 FIRST STREET, SUITE 1800  CAMBRIDGE, MA 02142  |  186 US OVAL  PLATTSBURGH, NY 12903