UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CURTIS RICE<br><br>       Plaintiff,<br><br>- against –<br><br><br>MUSEE LINGERIE, LLC<br><br>       Defendant. | 1:18-cv-09130 (AJN)<br><br>ECF Case |

## NOTICE OF APPEARANCE

NOTICE is hereby given that James H. Freeman is entering his appearance as counsel for Plaintiff John Curtis Rice, for the purpose of receiving notice from the Court.

Respectfully submitted this 15th day of February, 2019.

                 **/jameshfreeman/**
                 James H. Freeman (JF-8605)
                 jf@liebowitzlawfirm.com

                 LIEBOWITZ LAW FIRM
                 11 Sunrise Plaza, Suite 305
                 Valley Stream, NY 11580
                 (516) 233-1660