# Liebowitz Law Firm, PLLC

### ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

April 3, 2019

**VIA ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
New York, NY 10007


Re:     *Rice v. Musee Lingerie,* 1:18-cv-09130 (AJN)


Dear Judge Nathan:

We represent Plaintiff John Curtis Rice ("Plaintiff") in the above-captioned case. We write to respectfully request that the Court STRIKE Defendant's letter motion [Dkt. #23] from the record on grounds that it violates section 1.C of Your Honor's Individual Practices in Civil Cases which requires that letter motions comport with Local Civil Rule 7.1(d) and Rule 13.1 of the S.D.N.Y. Electronic Case Filing Rules & Instructions.  The aforementioned rules do <u>not</u> authorize letter motions based on Local Civil Rule 54.2.

Given that the imposition of a security bond raises serious constitutional concerns as to whether individual photojournalists are being subjected to a "pay to play" scheme before advancing meritorious infringement claims, Plaintiff respectfully requests the full and fair opportunity to address Defendant's substantive arguments through the ordinary procedures set forth in Local Rules 6.1 and 7.1, which includes 14 days to file opposing affidavits and answering memoranda.


Respectfully Submitted,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff J.C. Rice*

