# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

April 13, 2019

**VIA ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Centre St.
New York, NY 10007

Re:  *Rice v. Musee Lingerie,* 1:18-cv-9130 (AJN)

Dear Judge Natahn:

    We represent Plaintiff J.C. Rice in the above-captioned case and write pursuant to Your Honor's Individual Practices to respectfully request a 7-day extension of time for Plaintiff to file his opposition to Defendant's motion for a security bond. [Dkt. #23]

(1) the current date to file an opposition brief is April 17, 2019;

(2) The proposed new deadline for opposition is April 24, 2019 (thus reply would be due May 1)

(3) Plaintiff has not made any previous requests for an extension;

(4) My associate who drafts the brief will be out of the office the week of April 15.

(5) Plaintiff asked Defendant for its consent on April 10 but defense counsel never responded.

Respectfully Submitted,

/richardliebowitz/
Richard Liebowitz

*Counsel for Plaintiff J.C. Rice*

