UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CURTIS RICE,<br><br>         Plaintiff,<br><br> - against -<br><br>MUSEE LINGERIE, LLC<br><br>         Defendant. | Case No. 18-cv-9130 (AJN)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof and exhibits attached thereto; and the pleadings and prior proceedings herein; Plaintiff will move the Court, before the Honorable Alison J. Nathan (U.S.D.J.) at the United States District Court, 40 Foley Square, New York, New York 10007, at a time set by the Court for an Order VACATING the Court's Order, dated July 3, 2019 pursuant to Local Rule 6.3 and Rule 60(b)(1) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(a) and 6.3, Defendant's opposition papers, if any, must be served by July 31, 2019; and Plaintiff's reply, if any, must be served by August 7, 2019.

 Dated: Valley Stream, New York
 July 17, 2019

                                  Respectfully submitted,

                                  LIEBOWITZ LAW FIRM, PLLC

                                  **By: /Richard Liebowitz/**
                                  Richard Liebowitz
                                  11 Sunrise Plaza, Suite 305
                                  Valley Stream, New York 111580
                                  (516) 233-1660
                                  rl@liebowitzlawfirm.com

                                  *Attorney for Plaintiff*

**TO:**

David M. Pocius
Musee Lingerie, LLC
P.O. Box 1307
Burlington, VT 05402-1307
dpocius@pfclaw.com

*Counsel for Defendant*