UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CURTIS RICE,
        Plaintiff

v.

MUSEE LINGERIE, LLC,
        Defendant.

Docket No. 18-cv-9130

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Musee Lingerie, LLC respectfully requests the Court consider the following case as supplemental authority in Support of Defendant's Request For Bond Under Local Rule 54.2: <u>Gregory Mango v. Democracy Now! Productions, Inc.</u>. No. 1:18-cv-10588 (July 24, 2019)(Per Local Rule 54.2, ordering bond amount of $50,000 following rejection of defendant's Rule 68 Offer of Judgement in a copyright case, in part, because of Attorney Liebowitz's history of non-compliance with court orders). This decision is attached hereto as Exhibit A for the Court's convenience. Defendant respectfully submits that this case bears on its argument that the Court must impose a bond requirement of no less than $25,000 on Plaintiff to allow this matter to move forward.

DATED this 11th day of December, 2019.

    MUSEE LINGERIE, LLC

BY:    PAUL FRANK + COLLINS P.C.

BY:    */s/ David M. Pocius*
    David M. Pocius (#640595)
    PO Box 1307
    Burlington, VT 05402-1307
    802.658.2311/ dpocius@pfclaw.com

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
P.O. BOX 1307
BURLINGTON, VERMONT 05401

7770373_1:13501-00001

Page 1 of 1