UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



John Curtis Rice,

          Plaintiff,

   -v-

Musee Lingerie, LLC,

          Defendant.

18-cv-9130 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On December 11, 2019, Defendant filed a motion for referral to the Southern District's Mediation Program. Dkt. No. 53. This motion is denied. However, Defendant shall inform the Court by December 23, 2019 whether it seeks referral to the Magistrate Judge for a settlement conference.

SO ORDERED.

Dated: December 18, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge