UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PAUL FRANK & COLLINS P.C.

JOHN CURTIS RICE

Plaintiff(s)

- against -

Index # 18-CV-9130 (AJN)
Court Date January 15, 2020

MUSEE LINGERIE, LLC

Defendant(s)

File # 150 (CK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 2, 2020 at 11:27 AM at

C/O NEWS CORP.
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

deponent served the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION on THE NEW YORK POST therein named.

BY LEAVING A TRUE COPY WITH KATHERINE MURPHY, GENERAL AGENT, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 40 | 5'6 | 145 |

**MAILING**

Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Witness at the Witness's actual place of business at

C/O NEWS CORP.
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on January 3, 2020 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to me on: January 3, 2020

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6478241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2023

ANDRE MEISEL
License #: 1372356
Invoice #: 737424

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045