UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CURTIS RICE,
    Plaintiff

v.

MUSEE LINGERIE, LLC,
    Defendant.

Docket No. 18-cv-9130

# CERTIFICATE OF SERVICE

I certify that on January 15, 2020, I served Musee Lingerie, LLC's First Interrogatories and Requests to Produce to Plaintiff by first-class mail to Plaintiff's counsel:

    Richard Liebowitz, Esq.
    Liebowitz Law Firm, PLLC
    11 Sunrise Plaza, Ste. 305
    Valley Stream, NY 11580.

I further certify that on January 15, 2020, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the above NEF parties.

DATED at Burlington, Vermont, this 15th day of January, 2020.

    MUSEE LINGERIE, LLC

BY:     PAUL FRANK + COLLINS P.C.

BY:     /s/ David M. Pocius
    David M. Pocius, Esq.
    Attorney Bar Code 640595
    PO Box 1307
    Burlington, VT 05402-1307
    802.658.2311
    dpocius@pfclaw.com

Paul Frank + Collins P.C.
Attorneys at Law
P.O. Box 1307
Burlington, Vermont 05401

7797274_1:13501-00001